The Central Railroad Company of New Jersey et al.,
appellants,

*v.*

Gallena-Poole, Incorporated, et al., respondents.

[Decided May 16th, 1932.]

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, reported in *107 N. J. Eq. 267.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Campbell, Lloyd, Case, Bodine, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 14.

*For reversal*—None.